**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

In re:                                                          Chapter 13 No. 16-52404

Veronica Lynn Plonka                                  Hon. Phillip J. Shefferly

                                    Debtor.
_____/

**ENTRY OF APPEARANCE AND REQUEST FOR ALL NOTICES AND DOCUMENTS**

| Clerk of the Court | Edward J. Gudeman | Krispen S. Carroll |
|---|---|---|
| U.S. Bankruptcy Court | Gudeman & Associates, P.C. | 719 Griswold 1100 Dime Building |
| 211 W Fort St | 1026 W 11 Mile Rd | Detroit, MI 48226-3689 |
| Detroit, MI 48226 | Royal Oak, MI 48067-5401 | |

     PLEASE ENTER our Appearance as counsel for Towne Mortgage Company dba AmeriCU Mortgage. Pursuant to the Bankruptcy Rules and the Bankruptcy Code, the undersigned should be added to the official address matrix as maintained in this proceeding by the Clerk of the Court, and that all notices given or required to be given and all papers served or required to be served in this case shall be served upon the undersigned as set forth below.

     This request encompasses all notices, copies and pleadings, including, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, e-mail, telephone, telegraph, telex, or otherwise which affects or seeks to affect in any way the rights or interest of said creditor.

     This appearance shall act as the appearance of every member of Trott Law, P.C., and is not limited to the attorneys listed below.

                                Respectfully Submitted,
                                Trott Law, P.C.

Dated: September 23, 2016
/S/ Thomas Smith (P76786)
/S/ Athena Aitas (P61824)
Attorney for Towne Mortgage Company dba AmeriCU Mortgage
31440 Northwestern Hwy Ste. 200
Farmington Hills, MI 48334-5422
248.642.2515
Email: EasternECF@trottlaw.com

**TROTT LAW, P.C.**
31440 NORTHWESTERN HWY
STE. 200
FARMINGTON HILLS, MI 48334-5422
PHONE 248.642.2515
FACSIMILE 248.642.3628